| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ROJO-MELENDREZ,<br><br>Defendant. | NO. CR08-159-JLR<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on July 6, 2011. The United States was represented by Assistant United States Attorney Sarah Vogel for Karen Johnson, and the defendant by Scott Engelhard. The proceedings were digitally recorded.

The defendant had been charged and convicted of Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On or about December 15, 2008, defendant was sentenced by the Honorable James L. Robart to a term of 19 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program and search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated June 7, 2011, U.S. Probation Officer Andrew J. Lorenzen asserted the following violations by defendant of the conditions of his supervised release:

1. Using marijuana on or before May 6, 13, 25, and June 1, 2011, in violation of standard condition 7.
2. Using cocaine on or before May 6, 2011, in violation of standard condition 7.
3. Using oxycodone on or before June 1, 20011, in violation of standard condition 7.
4. Failure to pay Special Assessment as directed, in violation of the standard condition.

On June 21, 2011, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On July 6, 2011, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1, 2 and 4. Alleged violation 3 was dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violations 1, 2 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on July 18, 2011 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 6th day of July, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Karen Johnson
Defendant's attorney: Scott Engelhard
Probation officer: Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2